UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

CATHERINE CARLSON,

                                *Plaintiff,*

    v.                                            Civil Action No.
                                                   08-CV-6202

GENEVA CITY SCHOOL DISTRICT, BOARD OF
EDUCATION OF THE GENEVA CITY SCHOOL
DISTRICT, DAVID D. PULLEN, MICHAEL
SIMON, ROBERT C. YOUNG, JR., and CARMINE
CALABRIA,

                                *Defendants.*

| | |
|---|---|
| MOTION BY: | Plaintiff Catherine Carlson |
| RELIEF REQUESTED: | An Order compelling depositions of defendants and an award of sanctions |
| BASIS FOR RELIEF REQUESTED: | Federal Rules of Civil Procedure 30 and 37 |
| SUPPORTING PAPERS: | Memorandum of Law in Support of Motion, and Affirmation of Annette Gifford with Exhibits A-F |
| PLACE: | United States District Court<br>Western District of New York<br>2330 United States Courthouse<br>100 State Street<br>Rochester, New York 14614 |
| DATE AND TIME: | To be determined by the Court |
| REPLY PAPERS: | Pursuant to Local Rule 7.1(c), plaintiffs intend to file and serve reply papers and therefore defendant is required to file and serve opposing papers at least eight business days prior to the return date. |

Dated: September 22, 2010

                              **THOMAS & SOLOMON LLP**

                  By:    /s/Annette Gifford
                        J. Nelson Thomas, Esq.
                        Annette Gifford, Esq.
                        Sarah Cressman, Esq.
                        *Attorneys for Plaintiffs*
                        693 East Avenue
                        Rochester, New York 14607
                        Telephone: (585) 272-0540
                        nthomas@theemploymentattorneys.com
                        agifford@ theemploymentattorneys.com
                        scressman@ theemploymentattorneys.com